UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                            Criminal Case No. 19-20624
                                            Honorable Linda V. Parker

MILES WEAVER,

          Defendant.
_____/

**OPINION AND ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (ECF NO. 3)**

In 2012, Defendant Miles Weaver pleaded guilty to one count of importation of cocaine in violation of 21 U.S.C. §§ 952, 960 before the Honorable William Q. Hayes, United States District Judge for the Southern District of California. (ECF No. 1-2.) Defendant was sentenced to 80 months imprisonment and four years of supervised release. (ECF No. 1-3.) He began his term of supervised release on November 13, 2017, and the case was subsequently transferred to the Eastern District of Michigan when Defendant moved to Michigan. (*See* ECF No. 1.) He is due to complete supervision in November 2021. (ECF No. 5 at Pg. ID 37-38.)

On August 14, 2020, Defendant filed a motion seeking early termination of his supervised release. (ECF No. 3.) The Government filed a response to the

motion, indicating that it has no objection to the early termination of Defendant's supervised release term. (ECF No. 5.)

Pursuant to § 3583(e), a district court has the discretion to terminate a term of supervised release after the defendant's completion of one year of his or her supervised release term. 18 U.S.C. § 3583(e)(1). The statute instructs that early termination of supervised release should occur only when the defendant's conduct and the interests of justice warrant such action. *Id*. Here, Defendant has served nearly three years of his four-year term of supervised release. Upon release from incarceration, Defendant enrolled at San Diego Community College and graduated from that school with a Certificate of Achievement. (ECF No. 3 at Pg. ID 27.) Since moving to Michigan, he has enrolled in Oakland Community College in Auburn Hills, Michigan, in order to work toward his associate's degree. (*Id*.) Additionally, all special conditions of his supervision have been satisfied. (ECF No. 5 at Pg. ID 39.) The Government informs the Court that Defendant "has demonstrated true rehabilitation and has successfully reintegrated to society." (*Id.* at Pg. ID 40.) According to the Government, the Probation Department in the Eastern District of Michigan has no objection to the early termination of Defendant's supervision. (*Id.* at Pg. ID 39.)

The requirements for early termination of Defendant's supervised release as set forth in § 3583(e) are satisfied as Defendant has served more than a year of his

supervised release term and the Court finds that the interests of justice are served by now releasing Defendant from supervised release.

Accordingly,

**IT IS ORDERED**, that Defendant's motion seeking early termination of his supervised release (ECF No. 3) is **GRANTED**.

**IT IS SO ORDERED**.

                                                s/ Linda V. Parker
                                                LINDA V. PARKER
                                                U.S. DISTRICT JUDGE

Dated: September 28, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, September 28, 2020, by electronic and/or U.S. First Class mail.

                                                s/ R. Loury
                                                Case Manager